GIDEON S. WHEATON, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued June 18, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, in favor of plaintiff,

entered upon an order made May 4, 1886, which overruled defendant's exception, denied motion for a new trial and directed judgment on verdict.

*Edwin Young* for appellant.

*E. Countryman* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not voting.
Judgment affirmed.